```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

DEREK HALE                                   CIVIL ACTION

VERSUS                                       NO: 10-282

OMEGA PROTEIN, INC.                          SECTION: "A" (3)
```

## ORDER

Before the Court is a **Motion for Reconsideration of a Portion of the Court's November 8, 2011 Order (Rec. Doc. 80)** filed by defendant Omega Protein, Inc.. Plaintiff Derek Hale opposes the motion. The motion, scheduled for expedited submission on November 16, 2011, is before the Court on the briefs without oral argument.

Omega moves the Court to reconsider that portion of its November 8, 2011, Order (Rec. Doc. 79) instructing Omega to make Odell Grady available for a second limited deposition. Omega now advises the Court that it no longer employs Grady in light of the seasonal nature of the menhaden fishing industry.

The motion is DENIED. Omega terminated Grady on October 28, 2011, after Plaintiff had already filed a motion to review the magistrate's ruling. Omega did not bother to file an opposition to Plaintiff's motion and so did not advise the Court that Grady was being terminated no later than November 1, 2011, and therefore would no longer be in Omega's control. Had Omega advised the Court of what it now offers in the weakened posture of a motion to reconsider, the Court could have avoided not only wasting its time in crafting the first order but also avoided the time spent on this

motion to reconsider.

The Court recognizes that as a practical matter Omega may not be in a position to produce Grady given that he is no longer in the company's employ.  But as Plaintiff points out in his opposition, Grady has worked for Omega during fishing season for several years and would likely cooperate with Omega in providing additional testimony in hopes of maintaining a good relationship with the company.  (Rec. Doc. 84 at 4).  Omega will therefore make a good faith effort to produce Grady in accordance with the Court's prior ruling.  If Omega's efforts fail, the Court will expect a sworn declaration from Omega outlining the specific efforts that the company undertook to comply with this Order.

November 17, 2011

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE